UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KOR MEDIA GROUP, LLC, ) | Case No. 2:13-cv-01217-JAD-NJK |
| Plaintiff(s), ) | ORDER |
| vs. ) | (Docket No. 56) |
| TIMOTHY GREEN, et al., ) | |
| Defendant(s). ) | |

Pending before the Court is Plaintiff's motion to extend. Docket No. 56. Defendants filed a response in opposition and Plaintiff filed a reply. Docket Nos. 63, 64. In light of the recent order from the District of Florida transferring the related case to this Court, *see* Docket No. 64, Exh. 1, the Court hereby ORDERS that the parties continue to diligently pursue discovery but VACATES the deadlines set in the scheduling order. The Court further ORDERS that the parties shall submit a status report no later than April 16, 2014. The Court further SETS a status hearing for April 23, 2014, at 3:00 p.m. in Courtroom 3B.

Lastly, the Court ORDERS that the parties file a notice of related cases (*see* LR 7-2.1) as soon as practicable once the Florida case has been transferred to this Court.

IT IS SO ORDERED.

DATED: March 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge