# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KOR MEDIA GROUP, LLC, | |
| Plaintiff(s), | Case No. 2:13-cv-01217-JAD-NJK |
| vs. | ORDER |
| TIMOTHY GREEN, et al., | |
| Defendant(s). | (Docket No. 78) |

Pending before the Court is an emergency motion to quash. Docket No. 78. The Court hereby ORDERS that any response be filed no later than April 7, 2014, at noon, and any reply be filed no later than April 8, 2014, at noon. The Court further **SETS** a hearing for April 9, 2014, at 2:00 p.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: April 3, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge