UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KOR MEDIA GROUP, LLC, ) | Case No. 2:13-cv-01217-JAD-NJK |
| Plaintiff(s), ) ) | ORDER GRANTING STIPULATION TO STAY (Docket No. 89) |
| vs. ) | |
| TIMOTHY GREEN, et al., ) ) | ORDER RE: Docket Nos. 21, 58-60 |
| Defendant(s). ) | |

Pending before the Court is a stipulation to stay this case pending mediation and settlement efforts. Docket No. 89. The Court hereby **STAYS** this case for 60 days. The parties shall submit a status report to the chambers of the undersigned no later than June 20, 2014, unless dismissal papers are filed before that date. In light of the foregoing, the Court hereby **DENIES** without prejudice the pending motions for protective order at Docket Nos. 59 and 60. The Court **GRANTS** the motion to seal at Docket No. 58. Moreover, the undersigned has conferred with United States District Judge Jennifer A. Dorsey, and the Court further **DENIES** without prejudice the pending motion to dismiss at Docket No. 21. In the event a settlement is not reached, the parties shall submit as soon as practicable a schedule for the re-filing of the motions denied in this order.

IT IS SO ORDERED.

DATED: April 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge