**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KOR MEDIA GROUP, LLC, | ) | Case No. 2:13-cv-01217-JAD-NJK |
| Plaintiff(s), | ) ) | ORDER VACATING HEARING |
| vs. | ) ) | |
| TIMOTHY GREEN, et al., | ) ) | |
| Defendant(s). | ) ) | |

The Court set a hearing for April 23, 2014, at 3:00 p.m. *See* Docket No. 66.  In light of the order staying this case, *see* Docket No. 90, that hearing is hereby VACATED.

IT IS SO ORDERED.

DATED: April 22, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge